```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JERMAINE DELESTON,                                         :
                                                           :
                              Plaintiff,                   :
                                                           :      18-cv-5534 (VSB)
              -against-                                    :
                                                           :         ORDER
HARLEM DINE CORP., et al.,                                 :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on June 16, 2018. (Doc. 1.) On November 2, 2018, the Clerk of Court entered a Certificate of Default for Defendants. (Doc. 11.) There has been no activity in this case since that filing. It is hereby:

ORDERED that, if Plaintiff still intends to pursue this action against Defendants, he file an Order to Show Cause pursuant to Rule 4(H) and Attachment A of my Individual Rules and Practices in Civil Cases on or before April 14, 2022. If Plaintiff does not intend to pursue the action, he is directed to file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). If Plaintiff fails to take action by April 14, 2022, I may dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

SO ORDERED.

Dated:   April 7, 2022
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge